JOSEPH LEWIS, *Plaintiff in Error,* v. THOMAS F. GRACE, *Defendant in Error.*

Opinion filed April 24, 1931.

*Caraballo, Graham & Cosio,* for Plaintiff in Error;
*Baya* and *Baya,* for Defendant in Error.

PER CURIAM:—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and adjudged by the Court that the judgment of the court below be, and the same is hereby reversed and the cause is remanded for further proceedings.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.